UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **TRAVELERS PROPERTY CASUALTY CO OF AMERICA** | **CIVIL ACTION NO.  2:23-CV-00920** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **CASTMAT TRANSPORT L L C ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT OF DISMISSAL

Considering the foregoing,

**IT IS ORDERED** that the above-entitled and numbered cause be and the same is hereby dismissed with prejudice, each party to bear its own costs.

**THUS DONE AND SIGNED** in Chambers this 15th day of November, 2024.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE